UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINE E. WORMUTH, <br><br> Defendant. | CASE NO. C22-0782JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The Honorable James L. Robart recuses himself and the case is reassigned in rotation to the Honorable Tana Lin. All future pleadings shall bear the cause number C22-0782TL.

//

//

//

MINUTE ORDER - 1

1 | Filed and entered this 15th day of June, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2