The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SARAH ALLEN,<br><br>                  Plaintiff,<br><br>    v.<br><br>CHRISTINE E. WORMUTH, Secretary of the Army,<br><br>                  Defendant. | CASE NO. 2:22-cv-00782-RSM<br><br>STIPULATION AND<br>ORDER OF DISMISSAL<br><br>Noted for Consideration:<br>April 24, 2023 |

## JOINT STIPULATION

The parties hereto, by and through their respective counsel of record, hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice without costs or fees to either party.

The parties further stipulate that this matter has been fully compromised and settled.

//

//

//

STIPULATION AND ORDER OF DISMISSAL
[2:22-cv-00782-RSM] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**.

Dated this 24th day of April, 2023.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | SCHROETER GOLDMARK & BENDER |
| *s/ Erin K. Hoar*<br>ERIN K. HOAR, CA No. 311332<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  erin.hoar@usdoj.gov | *s/ Chen-Chen Jiang*<br>CHEN-CHEN JIANG, WSBA No. 51914<br>401 Union Street, Suite 3400<br>Seattle, WA 98104<br>Phone: (206) 622-8000<br>Fax: (206) 682-2305<br>Email: jiang@sgb-law.com |
| *Attorney for Defendant Wormuth* | *Attorney for Plaintiff* |

I certify that this memorandum contains 79 words, in compliance with the Local Civil Rules

STIPULATION AND ORDER OF DISMISSAL
[2:22-cv-00782-RSM] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this 25th day of April, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
[2:22-cv-00782-RSM] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970